IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KUSUMAKAR SOODA and BHAKTI SOODA | * |
| Plaintiffs | * |
| | * |
| VS. | * |
| | * |
| SOHAIL CHEEMA, MOHAMMAD A. LONE, and S&A PAK, INC. | * |
| | * |
| Defendants | * |

NO: 4:11CV00811   SWW
LEAD CASE

*consolidated with:*

| | |
|---|---|
| S&A PAK, INC. | * |
| Plaintiff | * |
| VS. | * |
| THH PROPERTIES LIMITED PARTNERSHIP, PLT PROPERTIES LLC, D&B THOMPSON PROPERTIES LP, DUNCAN THOMPSON PETROLEUM, INC., T C FUELS LP, and JOE D. THOMPSON | * |
| Defendants | |

NO: 4:12CV00008 SWW

**ORDER DISMISSING** *S&A Pak, Inc. v. THH Properties Limited Partnership*, **Case No. 4:12CV00008 SWW**

Before the Court is a joint motion all parties joined in *S&A Pak, Inc. v. THH Properties Limited Partnership*, Case No. 4:12CV00008 SWW, requesting the case be dismissed with prejudice based on settlement between the parties. The motion is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE, with each party to pay its own fees and costs.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE